IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| READING INTERNATIONAL, INC., a Nevada corporation,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>THE MALULANI GROUP, LIMITED, a Hawaii corporation,<br><br>　　　　　Defendant.<br>_____ | CIV. NO. 13-00133 JMS-KSC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATION REGARDING PLAINTIFF'S OBJECTION TO DEFENDANT'S BILL OF COSTS |

## ORDER ADOPTING FINDINGS AND RECOMMENDATION REGARDING PLAINTIFF'S OBJECTION TO DEFENDANT'S BILL OF COSTS

Findings and Recommendation having been filed and served on all parties on September 17, 2014, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and Recommendation Regarding Plaintiff's Objection to Defendant the

///

///

///

///

///

Malulani Group, Limited's Bill of Costs," Doc. No. 170, are adopted as the opinion and order of this Court.

IT IS SO ORDERED.



                                            /s/ J. Michael Seabright
                                            J. Michael Seabright
                                            United States District Judge

*Reading Int'l, Inc. v. The Malulani Grp., Ltd.*, Civ. No. 13-00133 JMS-KSC, Order Adopting Findings and Recommendation Regarding Plaintiff's Objection to Defendant's Bill of Costs

2